IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA DAWN COX,                        )
                                      )
        Plaintiff,                    )
                                      )
        vs.                           )    CIVIL NO. 18-cv-815-CJP[1]
                                      )
COMMISSIONER of SOCIAL SECURITY,      )
                                      )
        Defendant.                    )

# MEMORANDUM AND ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). **(Doc. 28)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will re-evaluate the claimant's RFC, with citation to the medical evidence that supports each

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 19.

limitation assessed and with consideration for all of her medically determinable impairments; re-evaluate the claimant's subjective statements in accordance with SSR 16-3p; and obtain additional vocational evidence if warranted."

Plaintiff applied for disability benefits in December 2014. (Tr. 29). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand **(Doc. 28)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: November 19, 2018.**

<u>s/ Clifford J Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**